## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In Re:   STACEY M PITTS                §
                                       §   Case No.: 09-44815
                                       §
                                       §
                                       §
         Debtor(s)                     §
----------------------------------------------------------------------

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/25/2009.

2) This case was confirmed on N/A.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 12/30/2009.

6) Number of months from filing to the last payment: 0

7) Number of months case was pending: 4

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $    7,737.00

10) Amount of unsecured claims discharged without payment $    .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $ .00 |
| Less amount refunded to debtor | $ .00 |
| **NET RECEIPTS** | $ .00 |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid through the Plan | $ .00 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ .00 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ .00 |
| Attorney fees paid and disclosed by debtor | $ 1.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| RJM AQUISITIONS FUND | UNSECURED | 392.00 | 392.67 | 392.67 | .00 | .00 |
| T-MOBILE/T-MOBILE US | UNSECURED | NA | 225.03 | 225.03 | .00 | .00 |
| RJM AQUISITIONS FUND | UNSECURED | 466.00 | 776.89 | 776.89 | .00 | .00 |
| RJM AQUISITIONS FUND | UNSECURED | 167.00 | 167.00 | 167.00 | .00 | .00 |
| RJM AQUISITIONS FUND | UNSECURED | 275.00 | 550.00 | 550.00 | .00 | .00 |
| CNAC DOWNERS GROVE | SECURED | 1,120.00 | .00 | 10,630.00 | .00 | .00 |
| CNAC DOWNERS GROVE | UNSECURED | 9,510.00 | NA | NA | .00 | .00 |
| STREETERVILLE PEDIAT | UNSECURED | 68.00 | NA | NA | .00 | .00 |
| AMERICAN EXPRESS | UNSECURED | 175.00 | NA | NA | .00 | .00 |
| T MOBILE | UNSECURED | 425.00 | NA | NA | .00 | .00 |
| HSBC BANK | UNSECURED | 431.00 | NA | NA | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 929.00 | NA | NA | .00 | .00 |
| NEW YORK COMPANY | UNSECURED | 691.00 | NA | NA | .00 | .00 |
| BANK OF AMERICA NA | UNSECURED | 2,445.00 | NA | NA | .00 | .00 |
| BANK OF AMERICA NA | UNSECURED | 600.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO DEPT | UNSECURED | 200.00 | 344.00 | 344.00 | .00 | .00 |
| DISCOVER FINANCIAL S | UNSECURED | 3,996.00 | NA | NA | .00 | .00 |
| FFCC COLUMBUS INC | UNSECURED | 50.00 | NA | NA | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | 467.00 | NA | NA | .00 | .00 |
| GLOBAL PAYMENTS INC | UNSECURED | 84.00 | NA | NA | .00 | .00 |
| ILLINOIS DEPT OF HUM | UNSECURED | 2,100.00 | NA | NA | .00 | .00 |
| REWARD 660 VIAS META | UNSECURED | 412.00 | NA | NA | .00 | .00 |
| META BANK | UNSECURED | 270.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| MIDLAND CREDIT MANAG | UNSECURED | 735.00 | 736.17 | 736.17 | .00 | .00 |
| MIDWEST ANESTHESIOLO | UNSECURED | 1,375.00 | NA | NA | .00 | .00 |
| FAST CASH ADVANCE | UNSECURED | 581.00 | NA | NA | .00 | .00 |
| BANK OF AMERICA | UNSECURED | 585.00 | NA | NA | .00 | .00 |
| NDC CHECK SERVICES | UNSECURED | 84.00 | NA | NA | .00 | .00 |
| VERIZON WIRELESS | UNSECURED | 2,670.00 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 1,050.00 | 988.42 | 988.42 | .00 | .00 |
| TCF BANK | UNSECURED | 405.00 | NA | NA | .00 | .00 |
| VESTA | UNSECURED | 53.00 | NA | NA | .00 | .00 |
| RWDS 660 DSB | UNSECURED | 385.00 | NA | NA | .00 | .00 |
| METAVANTE CORPORATIO | UNSECURED | 400.00 | NA | NA | .00 | .00 |
| METAVANTE CORPORATIO | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| SUN TRUST BANK | UNSECURED | 300.00 | NA | NA | .00 | .00 |
| TRIBUTE | UNSECURED | 713.00 | NA | NA | .00 | .00 |
| UNIVEST BANK | UNSECURED | 1,300.00 | NA | NA | .00 | .00 |
| US CELLULAR | UNSECURED | 920.00 | NA | NA | .00 | .00 |
| SALUTE VISA GOLD | UNSECURED | 350.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 10,630.00 | .00 | .00 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 10,630.00 | .00 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 4,180.18 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | .00 |
| Disbursements to Creditors | $ | .00 |
| **TOTAL DISBURSEMENTS:** | $ | .00 |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated:   03/16/2010                         /s/ Tom  Vaughn
                                            Tom  Vaughn, Chapter 13 Trustee

**STATEMENT**    : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**